# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: NICHOLAS L. SCHROEDER § Case No. 12-84512
§
§
Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/03/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/09/2013.

6) Number of months from filing or conversion to last payment: 1.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,020.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 275.00 | |
| Less amount refunded to debtor | $ 257.95 | |
| **NET RECEIPTS** | | $ 17.05 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 17.05 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 17.05 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY JACQUELINE | Lgl | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Sec | 12,105.00 | 12,104.37 | 12,104.37 | 0.00 | 0.00 |
| BMO HARRIS BANK NA | Uns | 11,000.00 | 11,387.41 | 11,387.41 | 0.00 | 0.00 |
| ARC - DEKALB LLC | Uns | 491.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 14,877.00 | 14,896.43 | 14,896.43 | 0.00 | 0.00 |
| ATTORNEY JAMES A REMMES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY JAN B GAINES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY JAN B GAINES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY SAYAD BRADLEY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Uns | 2,839.00 | NA | NA | 0.00 | 0.00 |
| BLITT & GAINES PC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK NA | Uns | 3,404.00 | 3,404.82 | 3,404.82 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,142.00 | 326.95 | 326.95 | 0.00 | 0.00 |
| CARDIOTHORACIC SURGEONS INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Uns | 0.00 | 258.59 | 258.59 | 0.00 | 0.00 |
| CBUSA INC | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONAL | Uns | 1,074.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DOCTORS EGLY & ASSOCIATES PC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HEALTH VENTURES | Uns | 194.00 | NA | NA | 0.00 | 0.00 |
| ERIK BORNCAMP MD | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FAIRVIEW DENTAL CARE PC | Uns | 251.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 575.00 | 575.26 | 575.26 | 0.00 | 0.00 |
| FOX VALLEY UROLOGY | Uns | 1,757.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY UROLOGY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FULTON FRIEMAN & GULLACE LLP | Uns | 14,472.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 14,141.00 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY | Uns | 1,005.00 | 2,657.28 | 2,657.28 | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 0.00 | 65.81 | 65.81 | 0.00 | 0.00 |
| VON MAUR CHICAGO DOWNSTATE | Uns | 0.00 | 128.82 | 128.82 | 0.00 | 0.00 |
| HARRIS BANK - CHICAGO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES | Uns | 405.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 4,158.00 | NA | NA | 0.00 | 0.00 |
| HSBC CREDIT CENTER INC | Uns | 11,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC CREDIT CENTER INC | Uns | 10,915.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ICS | Uns | 424.00 | NA | NA | 0.00 | 0.00 |
| IMC CREDIT SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IMC CREDIT SERVICES | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| INDIANA UNIVERSITY HEALTH | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 3,761.00 | 3,761.32 | 3,761.32 | 0.00 | 0.00 |
| LHR INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MARAUDER CORP | Uns | 1,074.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 4,615.00 | 4,749.54 | 4,749.54 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NORTHWEST COMMUNITY | Uns | 8,721.00 | 8,720.70 | 8,720.70 | 0.00 | 0.00 |
| NANDRA FAMILY PRACTICE | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD MEDICAL CENTER | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 970.00 | 880.50 | 880.50 | 0.00 | 0.00 |
| SHERMAN HEALTH | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 3,170.00 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN ASSOCIATES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY MEDICAL DIAG ASSOC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VON MAUR | Uns | 332.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 12,104.37 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 12,104.37 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 51,813.43 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 17.05 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 17.05 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  06/07/2013          By:  /s/ Lydia S. Meyer
                                               Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.